UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| CHU-WY-LUGHX, | ) | NO.   CV-09-0262-JLQ |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DISMISSING COMPLAINT** |
| vs. | ) | |
| | ) | |
| MICHAEL SANDONA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter comes before the court for second review upon the filing of the Amended Complaint (Ct. Rec. 6) following the opportunity to amend having been given in the court's initial screening order (Ct. Rec. 5).

Because Plaintiff is a pro se litigant seeking relief against a governmental entity, officer, or employee, and is proceeding in forma pauperis, the court is required to screen Plaintiff's Complaint. 28 U.S.C. § 1915A(a),(b)(1), (2.). A district court must dismiss a complaint or portion thereof wherein a plaintiff, proceeding in forma pauperis against a a governmental entity, has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  *Id.*

ORDER - 1

Federal Rule of Civil Procedure 8(a)(2) requires only "a short and plain statement of the claim showing that the pleader is entitled to relief" in order to "give the defendant fair notice of what the ... claim is and the grounds upon which it rests." *Conley v. Gibson*, 355 U.S. 41, 47 (1957).   The Amended Complaint both fails to comply with Rule 8 and fails to state a claim for relief. It contains nine pages of rambling narrative of historical events impacting Indians.  Named as Defendants are "all prosecutors and Ferry County Washington Prosecutor Defendants," whom are alleged to be "in violation, since 1803, of red race human and citizen rights..." having "constantly ignored red race Salish Indian identification as valid full citizens of the United States..." Ct. Rec. 6 at 7-8.   In his prayer for relief he seeks to have the Ferry County prosecutor, the U.S. Secretary of State and Congress recognize his human rights and pay him "65 million for the James Madison fraud and purchase of Louisiana from Napoleon."

The Court hereby dismisses the Complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).  The District Court executive is directed to enter this order, enter Judgment of dismissal without prejudice, forward copies to the Plaintiff, and CLOSE THE FILE.

**IT IS SO ORDERED**.

**DATED** this 9th day of December, 2009.

S/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2