AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHU-WY-LUCHX,

                      Plaintiff,

                v.

MICHAEL SANDONA,

                      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-262-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this Court hereby dismisses the Complaint as frivolous pursuant to 28 USC 1915(e)(2)(B)(I) and enters a Judgment of Dismissal without prejudice.

December 9, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson